UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN HARRIS,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>        Respondent. | No. 2:18-cv-2302 CKD P<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

The petition appears to challenge a June 2018 decision by the state superior court denying a petition for resentencing. ECF No. 1 at 2-6, 8. The application attacks a conviction and sentence issued by the Contra Costa County Superior Court, which is located in the Northern District of California. See 28 U.S.C. § 84(a). While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Contra Costa County. Braden v. 30th Judicial Circuit Court, 410 U.S. 484, 497, 499 n.15 (1973); 28 U.S.C. § 2241(d).

////

////

1

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California.

Dated: October 11, 2018

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:harr2302.108

2